[No. 12541–9–I.  Division One.  April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFF
WILLIAM RENN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01341–9, Terrence A. Carroll, J., entered
November 30, 1982. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Durham, C.J., and Ringold, J.

[No. 12158–8–I.  Division One.  April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY
ALLEN FINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00485–1, Nancy A. Holman, J., entered
July 26, 1982. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Williams and Andersen, JJ.

[No. 12072–7–I.  Division One.  April 16, 1984.]

R. L. KELLEY, ET AL, *Respondents,* v. OAKHURST
DEVELOPMENT CORP., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–14459–4, H. Joseph Coleman, J., entered
February 18, 1982. *Affirmed as modified* by unpublished
opinion per Johnsen, J. Pro Tem., concurred in by Callow
and Andersen, JJ.

[No. 11334–8–I.  Division One.  April 16, 1984.]

CREE CONSTRUCTION COMPANY, INC., *Respondent,* v.
SNOHOMISH COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–17331–6, Gary M. Little, J., entered Feb-
ruary 10, 1982. *Affirmed* by unpublished opinion per Cal-
low, J., concurred in by Andersen, J., and Johnsen, J. Pro
Tem.